**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6678**

ALBERT C. BURGESS, JR.,

             Plaintiff - Appellant,

        v.

JOHN D. ELLIOTT; SCOTT ELLIOTT,

             Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  R. Bryan Harwell, District Judge.  (3:16-cv-03325-RBH)

Submitted:  August 17, 2017                    Decided:  August 22, 2017

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert Charles Burgess, Jr., Appellant Pro Se.  Tucker S. Player, PLAYER LAW FIRM, LLC, Columbia, South Carolina; Drew Hamilton Butler, RICHARDSON PLOWDEN, Charleston, South Carolina; Carmen Vaughn Ganjehsani, RICHARDSON PLOWDEN, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Charles Burgess, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing as barred by the statute of limitations his civil action for legal malpractice and tortious interference with contract and additionally dismissing his legal malpractice claim for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burgess v. Elliott*, No. 3:16-cv-03325-RBH (D.S.C. Apr. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
